No. 73–1256.  CONNELL CONSTRUCTION CO., INC. *v.* PLUMBERS & STEAMFITTERS LOCAL UNION No. 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO.  C. A. 5th Cir.  Certiorari granted.

No. 73–1313.  INTERNATIONAL TELEPHONE & TELEGRAPH CORP., COMMUNICATIONS EQUIPMENT & SYSTEMS DIVISION *v.* LOCAL 134, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL.  C. A. 7th Cir.  Certiorari granted.

No. 73–1162.  UNITED STATES *v.* WILSON ET AL.  C. A. 2d Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1288.  ALFRED DUNHILL OF LONDON, INC. *v.* REPUBLIC OF CUBA ET AL.  C. A. 2d Cir.  Certiorari granted.  Counsel in this case are directed to brief and argue the following questions:

1. Can statements by counsel for the Republic of Cuba, that petitioner's unjust enrichment counterclaim would not be honored, constitute an act of state?

2. If so, is an exception to the act of state doctrine created, under *First National City Bank* v. *Banco Nacional de Cuba,* 406 U. S. 759 (1972), where petitioner's counterclaim does not exceed the net balance owed to Cuba on its claims by petitioner's codefendants, and where all claims and counterclaims arise out of the subject matter in litigation in this case?